**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-22795-kl |
| Johnny Rambo | Chapter 13 |
| Debtor(s). | Judge Kent Lindquist |

**NOTICE OF APPEARANCE**

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Indiana, and enters an appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

                                                                Respectfully Submitted,

                                                                /s/ Molly Slutsky Simons
                                                                Molly Slutsky Simons (OH 0083702)
                                                               Sottile & Barile, Attorneys at Law
                                                               394 Wards Corner Road, Suite 180
                                                               Loveland, OH 45140
                                                               Phone: 513.444.4100
                                                               Email: bankruptcy@sottileandbarile.com
                                                               Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on October 7, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Ann E. Kalb, Debtor's Counsel
    akalb@mm-bklaw.com

    Paul R. Chael, Trustee
    aimee@pchael13.com

    Nancy J. Gargula, Office of the U.S. Trustee
    ustpregion10.so.ecf@usdoj.gov

I further certify that on October 7, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Johnny Rambo, Debtor
    4914 W 87th Pl
    Crown Point, IN 46307

                                                /s/ Molly Slutsky Simons
                                               Molly Slutsky Simons (OH 0083702)
                                               Attorney for Creditor